**STIP**
DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-mj-00083-CWH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING** |
| | ) | |
| JOSEPH A. MAJOR STRICKLAND, | ) | |
| a.k.a. JODY WATSON | ) | **(First Request)** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant JOSEPH A. MAJOR STRICKLAND, by and through his counsel BRENDA WEKSLER, ESQ, that the preliminary hearing currently set for February 11, 2016 at 4:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1.   The parties wish to have sufficient time to negotiate a possible resolution to this matter pre-indictment.

2.  Discovery is being tendered to the defendant, including his recorded statement to law enforcement, and the defendant and defense counsel will need adequate time to review what has been provided.

3.  The defendant is incarcerated and does not object to the continuance.

4.  This is the first stipulation to continue filed herein.

Dated this 8th day of February, 2016.

| | |
|---|---|
| */s/ Lisa C. Cartier Giroux* | */s/ Brenda Weksler* |
| LISA CARTIER GIROUX | BRENDA WEKSLER, ESQ. |
| Assistant United States Attorney | Assistant Federal Public Defender |
| | *Attorney for Joseph A. Major Strickland* |

/ / /

/ / /

/ / /

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-mj-00083-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| JOSEPH A. MAJOR STRICKLAND, | ) | |
| a.k.a. JODY WATSON | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for February 11, 2016 at 4:00 p.m., be vacated and continued to March 17, 2016 at the hour of 4:00 p.m.

Dated February 10, 2016

_____
UNITED STATES MAGISTRATE JUDGE