RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKLSER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Joseph A. Strickland

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSEPH A. STRICKLAND,<br><br>          Defendant. | Case No. 2:16-mj-083-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Joseph A. Strickland, that the Preliminary Hearing currently scheduled on Monday, May 16, 2016 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, not earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.   Since the filing of the previous stipulation, undersigned defense counsel needs additional time to investigate and review discovery.

2. Counsel for the defendant will require additional time to meet with the client to review and discuss this information in detail prior to proceeding.

3. Defendant is incarcerated and does not object to a continuance.

4. Both parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 9th day of May, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH A. STRICKLAND,<br><br>　　　　Defendant. | Case No. 2:16-mj-083-CWH<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on Monday, May 16, 2016 at the hour of 4:00 p.m., be vacated and continued to June 2, 2016, the hour of 4:00 p.m.

　　DATED this __10th__ of May, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE