RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Joseph A. Strickland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. STRICKLAND,<br><br>Defendant. | Case No. 2:16-cr-00155-JCM-CWH-3<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Joseph A. Strickland, that the Revocation Hearing currently scheduled on July 12, 2018 at 10:30 a.m., be vacated and continued to **July 25, 2018 or another day thereafter as convenient for the Court**.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of July, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. STRICKLAND,<br><br>Defendant. | Case No. 2:16-cr-00155-JCM-CWH-3<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, July 12, 2018 at 10:30 a.m., be vacated and continued to **July 30, 2018 at 10:30 a.m.**

DATED July 10, 2018.

_____
UNITED STATES DISTRICT JUDGE