UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-155 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| JOSEPH A. STRICKLAND, et al., | |
| Defendant(s). | |

This matter having come before the court for continued hearing on September 6, 2018, on probation department's form 12D dated June 7, 2018 and addendum dated August 16, 2018, and the court having heard argument of counsel for the government, counsel for the defendant, and the defendant,

IT IS HEREBY ORDERED that the court hereby imposes an additional condition of supervised release upon the defendant as follows:

**Residential reentry center – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of that center.**

DATED September 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**