RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Joseph A. Strickland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-155-JCM-CWH |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |
| JOSEPH A. STRICKLAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Joseph A. Strickland, that the Revocation Hearing currently scheduled on January 9, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Strickland's state court proceedings are still pending, and those proceedings are related to the instant matter. Defense counsel needs time to confer with Mr. Strickland regarding the violations once his state case is complete.

2. Mr. Strickland is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 08 day of January, 2020.


RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
Federal Public Defender               United States Attorney


By */s/ Katherine A. Tanaka*          By */s/ Lisa Cartier-Giroux*
KATHERINE A. TANAKA                   LISA CARTIER-GIROUX
Assistant Federal Public Defender     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

JOSPEH R. STRICKLAND,

           Defendant.

Case No. 2:16-cr-155-JCM-CWH

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, January 9, 2020, at 10:00 a.m., be vacated and continued to _April 9, 2020_ at the hour of _10_:_30_ _a_ .m.

      DATED this _8th_ day of January, 2020.

                            _____

                            UNITED STATES DISTRICT JUDGE